## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-01182-CMA-CBS

DAWN BARNES, and
RICHARD BARNES,

    Plaintiffs,

v.

D. SCOTT CARRUTHERS & ASSOCIATES, LLD,,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to Fed.R.Civ.P. 41(a)(1) and the parties' Stipulation of Dismissal With Prejudice (Doc. # 23), and the Court having considered the Stipulation of Dismissal, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE.

DATED:  November   20  , 2009

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Court Judge